William E. COOPER,
Plaintiff/Appellant,

v.

Timothy H. TROUT,
Defendant/Respondent.

No. ED 88542.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 13, 2007.

William E. Cooper, Chesterfield, MO, Pro Se.

James R. Cantalin, St. Louis, MO, for respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY and KENNETH M. ROMINES, JJ.

## ORDER

PER CURIAM.

The plaintiff, William E. Cooper, appeals entry of summary judgment by the Circuit Court of St. Louis County in favor of the defendant, Timothy H. Trout, on the plaintiff's claim for injurious falsehood. We have reviewed the parties' briefs and the record on appeal and find no error. An opinion would have no precedential value. The trial court's judgment is affirmed. Rule 84.16(b)(5).